SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 MAY 22 PM 4:22

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | 8:13CR 209 |
|---|---|
| Plaintiff, | |
| vs. | INDICTMENT |
| MICHAEL JAMES TYNDALL, | 18 U.S.C. § 1153 |
| Defendant. | 18 U.S.C. § 2241(c) |
| | 18 U.S.C. § 2243 (a)(1) |

The Grand Jury Charges:

### COUNT I

On or about May 3, 2013, in the District of Nebraska, on and within the Omaha Indian Reservation in Indian Country, MICHAEL JAMES TYNDALL, an Indian male, did knowingly cause and attempt to cause J.W., an Indian female victim, who had attained the age of 12 years but had not attained the age of 16 years, to engage in a sexual act, to wit, contact between the Defendant's penis and the victim's vulva, by the use of force against J.W. in that the Defendant pushed apart J.W.'s legs, forced his penis inside of J.W. and continued to maintain contact between the Defendant's penis and the victim's vulva after she told him to stop, in violation of Title 18, United States Code, Sections 1153 and 2241(c).

### COUNT II

On or about May 3, 2013, in the District of Nebraska, on and within the Omaha Indian Reservation in Indian Country, MICHAEL JAMES TYNDALL, an Indian, did knowingly engage in a sexual act, to wit, contact between the penis and the vulva with J.W., an Indian

female, who had attained the age of 12 years but had not attained the age of 16 years and was at least four years younger than the Defendant, in violation of 18 U.S.C. Sections 1153 and 2243(a)(1).

SEALED

A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
JILL A. FINKEN

Special Assistant U.S. Attorney