IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAEL JAMES TYNDALL,<br><br>     Defendant. | 8:13CR209<br><br>**ORDER** |

   The court was previously presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, the court found that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

   At a hearing held on December 6, 2013, the Federal Public Defender asked to withdraw as counsel for the defendant and appoint new counsel for the defendant.

   IT IS ORDERED:

   The Federal Public Defender for the District of Nebraska is withdrawn as counsel of record and a CJA Panel attorney will be appointed to represent the above named defendant in this matter.  The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   IT IS FURTHER ORDERED that counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f).  At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

2

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

Dated this 6th day of December, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge