IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR209 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL JAMES TYNDALL, | ) | |
| | ) | |
| Defendant. | ) | |

The court was previously presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, the court found that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

At a hearing held on December 6, 2013, the Federal Public Defender asked to withdraw as counsel for the defendant and appoint new counsel for the defendant.

**IT IS ORDERED:**

Michael A. Nelsen is appointed to represent the above-named defendant in this matter and shall forthwith file an appearance in this matter.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Michael A. Nelsen.

DATED this 13th day of December, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge