IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR209 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL JAMES TYNDALL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came on for hearing on January 21, 2014, and is before the court on the motion of Michael A. Nelsen, court appointed attorney, to withdraw as counsel for the defendant, Michael James Tyndall, (Filing No. 42). Mr. Nelsen represents that he is not longer able to represent the defendant in this matter. The Motion to Withdraw is granted.

**IT IS ORDERED:**

Michael D. Gooch, 1004 South 131st Avenue, Omaha, Nebraska 68154, (402) 333-0722, is appointed to represent Mr. Tyndall for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Nelsen shall forthwith provide Mr. Gooch with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Nelsen which are material to the defendant's defense.

The clerk shall provide a copy of this order to Mr. Gooch, and he shall file his appearance forthwith.

DATED this 21st day of January, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge