PROB 12C
(NEP 4/2013)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| **Offender:** | Michael James Tyndall | **Docket No.** 8:13CR00209 |
| **Type of Supervision:** | Supervised Release | **Date of This Report:** October 22, 2019 |
| **Sentencing Judge:** | The Honorable Joseph F. Bataillon<br>Senior U.S. District Judge | |

**Offense of Conviction:** Sex Abuse of Minor or Ward
    Date Sentenced:  June 6, 2014
    Original Sentence:  60 Months Bureau of Prisons; 120 Months Supervised Release

**Supervision Term:**    February 20, 2018 through February 19, 2028

| **Prepared By:** | **Assistant U.S. Attorney:** | **Defense Attorney:** |
|---|---|---|
| David R. Anderson | Michael P. Norris | David R. Stickman |

## PETITIONING THE COURT

The undersigned probation officer recommends that a **Summons** be issued for service upon Michael James Tyndall and that a hearing be held by the Court to determine whether the offender has violated the conditions of supervision as set forth in this report and to determine whether the offender's supervision should be revoked or continued, modified, and/or extended based on the alleged violations.

**Michael James Tyndall**  October 22, 2019
**Petition for Warrant or Summons**  Page 2 of 3

The probation officer believes the offender has violated the following conditions of supervision:

| Allegation No. | Nature of Noncompliance |
|---|---|
| 1 | Michael James Tyndall is in violation of **the Mandatory Condition** which states, "The defendant shall not commit another federal, state, or local crime." |
| | On July 4, 2019, Mr. Tyndall was arrested by Omaha Tribal Police for Sex Offender Residency and Loitering Restrictions. These charges are still pending disposition. |
| 2 | Michael James Tyndall is in violation of **Standard Condition #7** which states, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician." |
| | On September 4, 2018, Mr. Tyndall admitted to the undersigned officer and tested positive for methamphetamine. |
| 3 | Michael James Tyndall is in violation of **Special Condition #** which states, "The defendant shall have no contact, nor reside with children under the age of 18, including their own children, unless approved in advance by the U.S. Probation Officer in consultation with the treatment providers.  The defendant must report all contact with children to the U.S. Probation Officer and the treatment provider.  Should the defendant have contact with a child, the defendant is required to immediately remove him/herself from the situation and notify his/her U.S. Probation Officer within 24 hours of this contact." |
| | On Sunday, October 20, 2019, the undersigned officer and USPO Erdman conducted an unannounced home contact of Mr. Tyndall's residence. It was discovered that there were children residing in the home.  Mr. Tyndall admitted that there were children in the home when officers noted children's toys outside the residence. The children (nine year old female and four year old male) are residing in the residence. Mr. Tyndall had not notified this officer of contact with minors nor had he removed himself from the situation. The undersigned officer interviewed the children's mother who indicated that she and her two children had been residing in the home for approximately one month. |

Assistant U.S. Attorney Michael P. Norris has been notified of this action.

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully submitted,                            Reviewed by:

David R. Anderson                                  Michael W. Tolley, Supervising
U.S. Probation and Pretrial Services Officer       U. S. Probation and Pretrial Services Officer

**Michael James Tyndall**                                                         October 22, 2019
**Petition for Warrant or Summons**                                                    Page 3 of 3

### THE COURT ORDERS THAT:

☐     No action shall be taken.

☐     A Warrant shall be issued for service upon Michael James Tyndall and a hearing held by the Court to determine whether Michael James Tyndall has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

✓     The U. S. Probation Officer shall summons Michael James Tyndall to appear for a hearing in court to determine whether Michael James Tyndall has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

☐     The following action to be taken (specify other action):

_/s/ Joseph F. Bataillon_                              10/23/2019
The Honorable Joseph F. Bataillon               Date
Senior U.S. District Judge

### * * * NOTICE TO OFFENDER * * *

**Pursuant to the Federal Rules of Criminal Procedure 32.1(b)(2) you are entitled to:**
(A)    written notice of the alleged violation(s);
(B)    disclosure of the evidence against you;
(C)    an opportunity to appear, present evidence, and question adverse witnesses unless the court determines that the interest of justice does not require the witness to appear;
(D)    notice of your right to retain counsel or to request that counsel be appointed if you cannot obtain counsel.