IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR209 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO RESTRICT** |
| v. | ) | |
| | ) | |
| MICHAEL TYNDALL, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant intends to file an *"Unopposed Restricted Motion to Reconsider Detention"* which contains personal information about him and is protected from public viewing in accordance with the law.

WHEREFORE, the Defendant requests the Court grant an order allowing him to file the above-referenced document restricted pursuant to the E-Government Act.

DATED this 28th day of September, 2020.

                          Respectfully submitted,

                          MICHAEL TYNDALL, Defendant,

                          By **s/ Kelly M. Steenbock**
                              KELLY M. STEENBOCK
                              ASSISTANT FEDERAL PUBLIC DEFENDER
                              222 South 15th Street, #300N
                              Omaha, NE 68102
                              Telephone: (402) 221-7896
                              Fax: (402) 221-7884
                              E-Mail: kelly_steenbock@fd.org