(Rev. 09/19) Judgment in a Criminal Case for Revocations                                           Judgment Page 2 of 4

DEFENDANT: MICHAEL JAMES TYNDALL
CASE NUMBER: 8:13CR209-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **twelve (12) months and one (1) day.**

☒ The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant should be given credit for time served.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant was delivered on __3/17/21__ to __FCI PEKIN__ at __PEKIN, IL__, with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　MICHAEL SEGAL, WARDEN
　　　　　　　　　　　　　　　　　　~~UNITED STATES MARSHAL~~

　　　　　　　　　　　　　　　BY: __D. STOLARZYK, SCSS__
　　　　　　　　　　　　　　　　　　~~DEPUTY UNITED STATES MARSHAL~~

OFFICE OF THE CLERK
2021 APR 13 AM 10: 36
FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA

2021 APR -8 AM 10: 50